JONATHAN T. REMMEL, Esq. (8627)
jremmel@remmellaw.com
**REMMEL LAW FIRM**
804 South Jones Blvd
Las Vegas, NV 89107
Ph. (702) 522-7707
Fx. (702) 475-4040
Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VANESSA PINO, Special Administrator for the ESTATE OF ANTWAN GRAVES, Deceased; ELSA GONZALEZ on behalf of her minor child, A. D. G-G; LATANYA L. McCURDY on behalf of her minor child, N.S.L.G; ANTWANESHA GRAVES; and, ANTWAN GRAVES, JR.,<br><br>Plaintiffs,<br>vs.<br><br>WALMART, INC., a Nevada foreign corporation dba WALMART SUPERCENTER #3350; DOES 1 through 10; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-00228-APG-EJY |

**STIPULATED MOTION AND ORDER TO EXTEND DEADLINE
FOR FILING OPPOSITION TO DEFENDANT'S MOTION TO DISMISS
PURSUANT TO FRCP 12(b)(6) (SECOND REQUEST)**

IT IS HEREBY STIPULATED by and between, Plaintiffs Vanessa Pino, Special Administrator for the Estate of Antwan Graves, Deceased, Elsa Gonzalez on behalf of her minor child, Antanea D. Graves-Gonzalez, Latanya L. McCurdy on behalf of her minor child, Nyi' Juah Sadie Leah Graves, Antwanesha Graves and Antwan Graves, Jr. (collectively as "Plaintiffs"), by and through their attorney, Jonathan T. Remmel, Esq. of the Remmel Law Firm, and Defendant Walmart, Inc. dba Walmart Supercenter #3350 ("Defendant") by and through its

attorney, Timothy D. Kuhls, Esq. of Phillips, Spallas & Angstadt LLC, that the time for Plaintiffs to file their opposition to Defendant's Motion to Dismiss Pursuant to FRCP 12(b)(6), (ECF #2), filed February 11, 2021, be extended to and including **Monday, March 8, 2021**.

IT IS FURTHER STIPULATED that as a result of counsel for Plaintiffs having a staff member have a second medical emergency causing the office to be shorthanded for an extended period of time, additional time is needed to meet this deadline.

Pursuant to Rule 6(b)(1)(A) which provides that for any act that must be done by a party to a federal court proceeding within a specified time frame, the court may "for good cause, extend the time…with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires."  In this case, the current deadline for Plaintiff's Opposition is February 25, 2021 and this request is being made in advance of the stated deadline.

The parties to this matter stipulate that good cause exists to extend the deadline pursuant to Rule 6(b)(1)(A) and motion this Court to grant Plaintiffs an extension to, and including, Thursday, March 11, 2021, within which to file her opposition to Defendant's Motion to Dismiss Pursuant to FRCP 12(b)(6) (ECF #2).

DATED: 03/04/2021                                              DATED: 03/04/2021

**REMMEL LAW FIRM**                                     **PHILLIPS, SPALLAS & ANGSTADT, LLC**

/s/ Jonathan T. Remmel                                       /s/ Timothy D. Kuhls
JONATHAN T. REMMEL, ESQ. (8627)       TIMOTHY D. KUHLS, ESQ. (13362)
804 South Jones Boulevard                              504 South Ninth Street
Las Vegas, NV 89107                                           Las Vegas, NV 89101
Attorney for Plaintiffs                                           Attorney for Defendant

**ORDER**

Pursuant to the parties' stipulation, **IT IS SO ORDERED**. Plaintiffs shall have to and including **Monday, March 8, 2021** within which to file her opposition to Defendant's Motion to Dismiss Pursuant to FRCP 12(6)(b) (ECF #2).

DATED: March 5, 2021

_____
UNITED STATES DISTRICT JUDGE